IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00840-PAB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-2, 4-5, 7-11,

    Defendants.

**MINUTE ORDER**

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 6, 2012.**

    Plaintiff's Second Motion for Extension of Time Within Which it has to Effectuate Service on Doe Defendants [filed August 31, 2012; docket #44] is **granted**. For good cause shown, the Court will grant a 30-day extension of the deadline for service pursuant to Fed. R. Civ. P. 4(m) to October 1, 2012.[1]

---

[1] The requested date certain, September 30, 2012, is a Sunday.